F. T. B. REALTY CORPORATION, Landlord, Appellant, *v.* LOUIS GOODMAN, Tenant, Respondent.

Argued February 20, 1950; reargument ordered April 13, 1950.

*Robert S. Fougner* and *Osborne A. McKegney* for appellant.

*Ed Dupree, General Counsel* (*Nathan Siegel* and *Louise F. McCarthy* of counsel), for Office of Housing Expediter, *amicus curiæ,* in support of appellant's position.

*Robert H. Schaffer* for respondent.

*John P. McGrath, Corporation Counsel* (*Anthony Curreri* of counsel), for City of New York, and *Nathan W. Math* for Temporary City Housing Rent Commission of the City of New York, *amici curiæ,* in support of respondent's position.

Reargument ordered to be heard during the session to begin May 15, 1950. Counsel are requested upon reargument to discuss the effect of the new State Rent Control Law [L. 1950, ch. 250] upon this appeal.